# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2238

_____

MAURICE EUGENE SANDERS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.


September 28, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice Eugene Sanders, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.